## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INAG, INC., *et al.*, ) | |
| ) | |
|       Plaintiff, ) | Case No. 2:16-cv-00722-RFB-GWF |
| ) | |
| vs. ) | **MINUTE ORDER REGARDING A** |
| ) | **SETTLEMENT CONFERENCE** |
| RICHAR, INC., *et al.*,, ) | |
| ) | |
|       Defendants. ) | |
| ) | DATED: January 10, 2017 |

PRESENT:   THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

DEPUTY CLERK:   Ivy Hensel        RECORDER/TAPE #    None

COUNSEL FOR PLAINTIFF:   John Artz, Esq. and John Krieger, Esq.

COUNSEL FOR DEFENDANT:   Tyler Andrews, Esq. and Rob Phillips, Esq.

PROCEEDINGS: Settlement Conference

       A settlement conference was conducted with the undersigned Magistrate Judge commencing at 9:00 a.m. on January 10, 2016.  In addition to above counsel, Mark Jones was present on behalf of Plaintiff.  Also present was Richar Fitoussi on behalf of Defendants.  The Court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party.  Discussions concluded at 11:00 a.m.

       **No settlement was reached.  Accordingly, the Court finds this case should be returned to the normal litigation track.**

                                                                                              _____
                                                                                              GEORGE FOLEY, JR.
                                                                                              United States Magistrate Judge