TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
andrewst@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendant/Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INAG, INC., a Nevada corporation,<br><br>and<br><br>MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>RICHAR, INC., a Nevada corporation,<br><br>Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-GWF<br><br>[Consolidated with Case No. 2:16-cv-01282-RCJ-CWH]<br><br>[Assigned to Hon. Richard F. Boulware, III]<br><br>**STIPULATION TO SUPPLEMENT PROPOSED CLAIM CONSTRUCTIONS** |

During the July 30, 2018 *Markman* hearing ("the hearing") in this matter, the Court invited each party to submit supplemental briefing, no greater than five pages, proposing supplemental claim constructions based on the on-the-record discussion at the hearing. The Court instructed any supplemental briefs to be filed within five court days, by Monday August 6, 2018.

In order to review the hearing transcript and to have adequate time to research and complete proposed supplemental constructions, the parties stipulate and request that the deadline

///

///

///

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

be extended by one week, until Monday August 13, 2018. This stipulation is being submitted for good cause and not for the purposes of delay.

DATED: August 6, 2018

Respectfully submitted and stipulated,

**GREENBERG TRAURIG, LLP**

 */s/ Tyler R. Andrews*
TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendant/Counterclaimant*

**DICKINSON WRIGHT PLLC**

*/s/ Franklin M. Smith* (with permission)
Franklin M. Smith (admitted *pro hac vice*)
Michigan Bar No. P76987
FSmith@dickinsonwright.com
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
Tel: (248) 433-7200

IT IS SO ORDERED

RICHARD F. BOULWARE, II
United States District Court

Date: _____ August 7, 2018._____

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, a true and correct copy of the foregoing was filed and served via the United States District Court's ECF System to the person listed below:

Rob Phillips, Esq.   rob.phillips@fisherbroyles.com

John L. Krieger , Esq.   jkrieger@dickinson-wright.com, kcooper@dickinson-wright.com, kkoehm@dickinson-wright.com, lstewart@dickinson-wright.com

John S. Artz, Esq.   jsartz@dickinsonwright.com

Franklin M. Smith, Esq.   FSmith@dickinson-wright.com


*/s/ Tyler R. Andrews*

An employee of Greenberg Traurig, LLP

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002