DICKINSON WRIGHT PLLC
JOHN L. KRIEGER
Nevada Bar No: 6023
JKrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 550-4400
Facsimile: (844)670-6009

JOHN S. ARTZ (admitted pro hac vice)
Michigan Bar No. P48578
JSartz@dickinsonwright.com
350 S Main St. Suite 300
Ann Arbor, MI 48104

FRANKLIN M. SMITH (admitted pro hac vice)
Michigan Bar No. P76987
FSmith@dickinsonwright.com
ARIANA D. PELLEGRINO (admitted pro hac vice)
Michigan Bar No. 79104
APellegrino@dickinsonwright.com
2600 West Big Beaver Rd., Suite 300
Troy, MI 48084

*Counsel for Plaintiffs/Counterdefendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| INAG, INC., a Nevada corporation, <br><br> and <br><br> MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> RICHAR, INC. a Nevada corporation <br><br> Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-GWF <br><br> **STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT OF NON-INFRINGEMENT AND INVALIDITY (ECF NO. 116)** <br><br> **(FIRST REQUEST)** |

Plaintiffs INAG, Inc. and Mark H. Jones and Sheryle L. Jones as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013 (collectively "INAG"), and Defendant Richar, Inc. ("Richar"), by and through their attorneys, and pursuant to LR IA 6-1, hereby stipulate to a one-week extension of time for INAG to respond to Richar's Motion for Summary Judgment of Non-Infringement and Invalidity. (ECF No. 116, "Motion".) Richar filed its Motion on January 13, 2021, setting a current response deadline February 3, 2021.

Due in part to the number and nature of claims requiring briefing, as well as the schedule of counsel, INAG seeks a short extension of one (1) week to complete and file its responsive papers. The extension sets a new response deadline of **February 10, 2021**.

This is the first stipulation and requested Order regarding an extension of time to submit a response to the Motion.

The parties' request is brought for the good cause shown and is not sought for purpose of delay.

IT IS SO STIPULATED AND AGREED:

Dated: January 15, 2021                        DICKINSON WRIGHT PLLC

                                               By: /s/John L. Krieger
                                                   John L. Krieger
                                                   Attorneys for Plaintiffs

Dated: January 15, 2021                        GREENBERG TRAURIG, LLP

                                               By: /s/Tyler R. Andrews
                                                   Tyler R. Andrews
                                                   Attorneys for Defendant

IT IS SO ORDERED

Dated: January 16th 2021

_____
RICHARD E. BOULWARE, II
United States District Court

4818-8714-6711 v2 [35761-72]