Tyler R. Andrews (NV State Bar No. 9499)
andrewst@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Co-Counsel for Defendant/Counterclaimant*

Rob L. Phillips (NV State Bar No. 175354)
rob.phillips@fisherbroyles.com
FISHER BROYLES
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
*Co-Counsel for Defendant/Counterclaimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| INAG, INC., a Nevada corporation, <br><br> and <br><br> MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> RICHAR, INC., a Nevada corporation, <br><br> Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-EJY <br><br> [Consolidated with Case No. 2:16-cv-01282-RCJ-CWH] <br><br> [Assigned to Hon. Richard F. Boulware, II] <br><br> **DEFENDANT/COUNTERCLAIMANT, RICHAR, INC.'S STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 116]** <br><br> FIRST REQUEST |

Defendant/Counterclaimant ("Richar") and Plaintiffs/Counterdefendants INAG, Inc. and Mark H. Jones and Sheryle L. Jones as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013 (collectively "INAG"), by and through their attorneys, and pursuant to Local Rule IA 6-1, hereby stipulate to a seven (7) day extension of time

Page 1

for Richar to file its Reply in support of its Motion for Summary Judgment of Non-Infringement and Invalidity (ECF No. 116 "Motion").

Richar filed its Motion on January 13, 2021 (ECF No. 116). Per Order dated January 16, 2021 (ECF No. 119), Plaintiffs filed their response on February 10, 2021 (ECF No. 120). Richar's current Reply would be due on February 24, 2021. The extension sets a new response deadline one week later, on March 3, 2021.

This is the first stipulation and requested Order regarding an extension of time to submit its Reply in support of the Motion. The extension is necessary due to certain conflicting deadlines and commitments of Richar's counsel. The parties' request is brought for the good cause shown and is not sought for purpose of delay.

IT IS SO STIPULATED AND AGREED.

DATED: February 23, 2021                GREENBERG TRAURIG, LLP

                                         By:   /s/ Tyler R. Andrews
                                                Tyler R. Andrews
                                         Attorneys for Defendant/Counterclaimant

DATED: February 23, 2021                DICKINSON WRIGHT PLLC

                                         By:   /s/ Franklin M. Smith
                                                Franklin M. Smith
                                         Attorneys for Plaintiffs/Counterdefendants

**IT IS SO ORDERED**.

DATED: February 24, 2021.

_____
Hon. Richard F. Boulware, II
United States District Judge

Page 2

ACTIVE 55493135v2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2021, a true and correct copy of the foregoing was filed and served via the United States District Court's ECF System to the person listed below:

Rob Phillips, Esq.   rob.phillips@fisherbroyles.com

John L. Krieger , Esq.   jkrieger@dickinson-wright.com, kcooper@dickinson-wright.com, kkoehm@dickinson-wright.com, lstewart@dickinson-wright.com

John S. Artz, Esq.  jsartz@dickinsonwright.com

Franklin M. Smith, Esq.   FSmith@dickinson-wright.com

Ariana D. Pellegrino, Esq. APellegrino@dickinsonwright.com

*/s/ Tyler R. Andrews*
An employee of Greenberg Traurig, LLP