TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
andrewst@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendant/Counterclaimant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INAG, INC., a Nevada corporation, <br><br> and <br><br> MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> RICHAR, INC., a Nevada corporation, <br><br> Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-EJY <br><br> [Consolidated with Case No. 2:16-cv-01282-RCJ-CWH] <br><br> [Assigned to Hon. Richard F. Boulware, II] <br><br> **JOINT STIPULATION AND ORDER TO EXTEND THE MOTION IN LIMINE BRIEFING SCHEDULE** |

Defendant Richar, Inc. ("Richar") and Plaintiffs, INAG, Inc. and Mark H. Jones and Sheryle L. Jones as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013 (collectively, "INAG"), by and through their attorneys, hereby stipulate to an additional one-week extension of the briefing deadlines previously entered by this Court on November 5, 2021 (ECF Docket No. 133).

The current scheduling order sets the briefing as follows:

1. Richar's Responses and/or Objections to Plaintiff's Motions in Limine No. 1 (ECF Docket No. 138), No. 2 (ECF Docket No. 139), No. 3 (ECF Docket No. 140) and No. 4 (ECF Docket No. 141) are due February 11, 2022;

2. INAG's Replies are due February 18, 2022.

Due to an unmovable scheduling conflict, Richar respectfully requests a one-week extension of time to respond to INAG's Motions in Limine.

The Parties have discussed the schedule and subsequent briefing deadlines, and agreed upon the following:

- Richar's Responses and/or Objections will now be due **February 18, 2022**; and
- INAG's Replies will now be due **February 25, 2022**.

The parties' request is brought for the good cause shown and is not sought for purposes of delay.

IT IS SO STIPULATED AND AGREED.

DATED: February 8, 2022          GREENBERG TRAURIG, LLP

                                 By: /s/ Tyler R. Andrews
                                     Tyler R. Andrews
                                 Counsel for Defendant/Counterclaimant

DATED: February 8, 2022          DICKINSON WRIGHT PLLC

                                 By: /s/ Ariana F. Pellegrino
                                     Ariana F. Pellegrino
                                 Counsel for Plaintiffs/Counterdefendants

IT IS SO ORDERED.

DATED: _____

RICHARD E. BOULWARE, II
United States District Court

DATED this 9th day of February, 2022.

Page 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, a true and correct copy of the foregoing was filed and served via the United States District Court's ECF System to the persons listed below:

| | |
|---|---|
| Rob Phillips, Esq. | rob.phillips@fisherbroyles.com |
| John L. Krieger , Esq. | jkrieger@dickinson-wright.com, kcooper@dickinson-wright.com, kkoehm@dickinson-wright.com, lstewart@dickinson-wright.com |
| John S. Artz, Esq. | jsartz@dickinsonwright.com |
| Franklin M. Smith, Esq. | FSmith@dickinson-wright.com |
| Ariana F. Pellegrino, Esq. | APellegrino@dickinsonwright.com |

  */s/ Tyler R. Andrews*
An employee of Greenberg Traurig, LLP