**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER
Nevada Bar No: 6023
JKrieger@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Telephone: (702) 550-4400
Facsimile: (844)670-6009

JOHN S. ARTZ (*admitted pro hac vice*)
Michigan Bar No. P48578
JSartz@dickinsonwright.com
FRANKLIN M. SMITH (*admitted pro hac vice*)
Michigan Bar No. P76987
FSmith@dickinsonwright.com
ARIANA D. PELLEGRINO (*admitted pro hac vice*)
Michigan Bar No. 79104
APellegrino@dickinsonwright.com
2600 West Big Beaver Rd., Suite 300
Troy, MI 48084

*Counsel for Plaintiffs/Counter-Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| INAG, INC., a Nevada corporation, <br><br>  and <br><br> MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013, <br><br>      Plaintiffs/Counter-Defendants, <br> v. <br><br> RICHAR, INC., a Nevada corporation, <br><br>      Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-EJY <br><br> **JOINT STIPULATION AND ORDER TO EXTEND THE MOTION IN LIMINE BRIEFING SCHEDULE** |

Plaintiffs INAG, Inc. and Mark H. Jones and Sheryle L. Jones as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013 (collectively, "INAG") and Defendant Richar, Inc. ("Richar"), by and through their attorneys, hereby stipulate

1

to an additional one-week extension of the deadline for the filing of INAG's reply briefs in support of Motions in Limine, as previously entered by this Court on November 5, 2021 (ECF Docket No. 133) and extended by Stipulated Order on February 9, 2022 (Docket No. 143).

The current scheduling order sets February 25, 2022 as the date on which INAG's reply briefs are due.

Due to an unmovable scheduling conflict, INAG respectfully requests a one-week extension of time to reply to Richar's Responses and/or Objections to Plaintiff's Motions in Limine No. 1 (ECF Docket No. 138), No. 2 (ECF Docket No. 139), No. 3 (ECF Docket No. 140) and No. 4 (ECF Docket No. 141).

The Parties have discussed the extension and agreed upon the following:

- INAG's Replies will now be due March 4, 2022.

The parties' request is brought for the good cause shown and is not sought for purposes of delay.

IT IS SO STIPULATED AND AGREED.

DATED:  February 21, 2022        DICKINSON WRIGHT PLLC

By:  /s/ Ariana F. Pellegrino
Ariana F. Pellegrino
Counsel for Plaintiffs/Counterdefendants


GREENBERG TRAURIG, LLP

By: /s/ Tyler R. Andrews
Counsel for Defendant/Counterclaimant

**IT IS SO ORDERED:**

_____
RICHARD BOULWARE, II
United States District Court
Dated this  23rd  day of   February   , 2022