UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INAG, INC., a Nevada corporation, <br><br>and<br><br>MARK H. JONES and SHERYLE L. JONES as Trustees of the Mark Hamilton Jones and Sheryle Lynn Jones Family Trust U/A/D November 7, 2013,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>RICHAR, INC., a Nevada corporation,<br><br>Defendant/Counterclaimant. | Case No.: 2:16-cv-00722-RFB-EJY<br><br>ORDER |

Pending before the Court is Plaintiffs' Motion to Seal (ECF No. 196), which asks the Court to approve sealing their Trial Brief. Plaintiffs explain the Brief "contains both parties' designated confidential information, including confidential financial data, recitations from and references to confidential license agreements, and recitations from and references to confidential contracts and business terms." *Id*. 3. Plaintiffs further argue "[p]rotecting proprietary information from public knowledge is [a] sufficient" compelling reason to seal. *Id. citing First 100 LLC v. Omni Financial, LLC*, Case No. 2:16-cv-00099-RFB-CWH, 2016 WL 5661916, at \*1 (D. Nev. Sept. 29, 2016); *Boca Park Marketplace Syndications Group, LLC v. Ross Dress for Less, Inc.*, Case No. 2:16-cv-01197-RFB-BNW, 2020 WL 2892586, at \*5 (D. Nev. May 31, 2010); *Scientific Games Corp. v. AGS, LLC*, Case No. 2:17-cv-00343-JAD-NJK, 2017 WL 1228412, at \*2 (D. Nev. Apr. 3, 2017). Public disclosure of financial information is not required, and courts commonly seal business or financial information that is otherwise kept confidential. *Cung Le v. Zuffa, LLC*, Case No. 2:15-cv-01045-RFB-PAL, ECF No. 224 (D. Nev. Feb. 25, 2016) (collecting cases).

After review of the Trial Brief and the requested redactions, the Court finds Plaintiffs establish compelling reasons to seal.

1    Accordingly and based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion
2 to Seal (ECF No. 196) is GRANTED.
3    IT IS FURTHER ORDERED that Plaintiffs' sealed Trial Brief at ECF No. 197 is and shall
4 remain sealed.
5    Dated this 24th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE